# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re: GREATER BAY BUILDERS, INC. § Case No. 15-10730
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Timothy W. Hoffman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $6,000.00          Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $9,854.20     Claims Discharged
                                               Without Payment: N/A

Total Expenses of Administration: $16,404.46

---

3) Total gross receipts of $ 26,258.66 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $26,258.66 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 16,404.46 | 16,404.46 | 16,404.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 799.41 | 799.41 | 799.41 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 3,082,889.02 | 1,675,740.84 | 9,054.79 |
| **TOTAL DISBURSEMENTS** | $0.00 | $3,100,092.89 | $1,692,944.71 | $26,258.66 |

4) This case was originally filed under Chapter 7 on July 17, 2015. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/20/2017          By: /s/Timothy W. Hoffman
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Citibank Checking 9318 | 1129-000 | 118.98 |
| 2003 Ford F550 (140,000 miles) 6916 Chileno Vall | 1129-000 | 5,800.00 |
| 1993 Intl Dump Truck (45,000 miles) 6916 Chileno | 1129-000 | 10,250.00 |
| 2000 GMC Truck (120,000 miles) 6916 Chileno Vall | 1129-000 | 811.84 |
| 2001 Freightliner (560,000 miles) 6916 Chileno V | 1129-000 | 9,050.00 |
| Mayco Concrete Pump | 1129-000 | 210.00 |
| Sales Taxes Collected at Auction | 1280-002 | 17.84 |
| **TOTAL GROSS RECEIPTS** | | **$26,258.66** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Timothy W. Hoffman | 2100-000 | N/A | 3,374.08 | 3,374.08 | 3,374.08 |
| Timothy W. Hoffman | 2200-000 | N/A | 116.78 | 116.78 | 116.78 |
| West Auctions | 3610-000 | N/A | 3,134.62 | 3,134.62 | 3,134.62 |
| West Auctions | 3620-000 | N/A | 7,295.37 | 7,295.37 | 7,295.37 |
| State Board of Equalization | 2820-000 | N/A | 17.84 | 17.84 | 17.84 |
| Bachecki, Crom & Co. LLP | 3410-000 | N/A | 2,203.50 | 2,203.50 | 2,203.50 |
| Bachecki, Crom & Co. LLP | 3420-000 | N/A | 16.01 | 16.01 | 16.01 |
| International Sureties, LTD | 2300-000 | N/A | 6.60 | 6.60 | 6.60 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 21.96 | 21.96 | 21.96 |
| Rabobank, N.A. | 2600-000 | N/A | 24.96 | 24.96 | 24.96 |
| Rabobank, N.A. | 2600-000 | N/A | 21.84 | 21.84 | 21.84 |
| Rabobank, N.A. | 2600-000 | N/A | 21.80 | 21.80 | 21.80 |
| Rabobank, N.A. | 2600-000 | N/A | 24.77 | 24.77 | 24.77 |
| Rabobank, N.A. | 2600-000 | N/A | 21.73 | 21.73 | 21.73 |
| Rabobank, N.A. | 2600-000 | N/A | 21.70 | 21.70 | 21.70 |
| Rabobank, N.A. | 2600-000 | N/A | 24.67 | 24.67 | 24.67 |
| Rabobank, N.A. | 2600-000 | N/A | 21.64 | 21.64 | 21.64 |
| Rabobank, N.A. | 2600-000 | N/A | 24.59 | 24.59 | 24.59 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $16,404.46 | $16,404.46 | $16,404.46 |

# EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Franchise Tax Board | 5800-000 | N/A | 799.41 | 799.41 | 799.41 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $799.41 | $799.41 | $799.41 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | State Comp Ins Fund | 7100-000 | N/A | 193,120.66 | 0.00 | 0.00 |
| 2 -2 | State Comp Ins Fund | 7100-000 | N/A | 193,120.66 | 0.00 | 0.00 |
| 2 -3 | State Comp Ins Fund | 7100-000 | N/A | 193,120.66 | 193,120.66 | 1,411.85 |
| 3 | United Site Services of CA, Inc. | 7100-000 | N/A | 928.85 | 928.85 | 6.79 |
| 4 | American Contractors Indemnity Co. | 7100-000 | N/A | 8,312.00 | 8,312.00 | 60.77 |
| 5 | Adam and Melinda Noah | 7100-000 | N/A | 1,020,906.86 | 1,020,906.86 | 7,463.56 |
| 6 | Melinda M. Scully Noah | 7100-000 | N/A | 1,020,906.86 | 0.00 | 0.00 |
| 7 | Mead Clark Lumber Company, Inc. | 7100-000 | N/A | 15,296.00 | 15,296.00 | 111.82 |
| NOCLAIM | FCI Construction, Inc. | 7100-000 | N/A | 123,300.00 | 123,300.00 | 0.00 |
| NOCLAIM | Mead Clark Lumber | 7100-000 | N/A | 42,185.87 | 42,185.87 | 0.00 |
| NOCLAIM | Parton Sell Rhoades | 7100-000 | N/A | 2,997.16 | 2,997.16 | 0.00 |
| NOCLAIM | Samples Concrete Pumping, Inc. | 7100-000 | N/A | 551.25 | 551.25 | 0.00 |
| NOCLAIM | Roto Rooter of Lake County | 7100-000 | N/A | 525.00 | 525.00 | 0.00 |
| NOCLAIM | Wheeler Zamaroni | 7100-000 | N/A | 259.54 | 259.54 | 0.00 |
| NOCLAIM | State Compensation Insurance Fund | 7100-000 | N/A | 193,120.66 | 193,120.66 | 0.00 |
| NOCLAIM | State of California Department of Industrial | 7100-000 | N/A | 2,075.00 | 2,075.00 | 0.00 |
| NOCLAIM | Douglas Francisco | 7100-000 | N/A | 8,500.00 | 8,500.00 | 0.00 |
| NOCLAIM | Cal West Rentals, Inc. | 7100-000 | N/A | 3,165.52 | 3,165.52 | 0.00 |
| NOCLAIM | CLP Resources, Inc. | 7100-000 | N/A | 60,496.47 | 60,496.47 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $3,082,889.02 | $1,675,740.84 | $9,054.79 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-10730  **Trustee:** (007810) Timothy W. Hoffman
**Case Name:** GREATER BAY BUILDERS, INC.  **Filed (f) or Converted (c):** 07/17/15 (f)
 **§341(a) Meeting Date:** 08/20/15
**Period Ending:** 02/20/17  **Claims Bar Date:** 12/22/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Citibank Checking 9318 | 315.98 | 315.98 | | 118.98 | FA |
| 2 | 2003 Ford F550 (140,000 miles) 6916 Chileno Vall | 7,000.00 | 7,000.00 | | 5,800.00 | FA |
| 3 | 1993 Intl Dump Truck (45,000 miles) 6916 Chileno | 7,500.00 | 7,500.00 | | 10,250.00 | FA |
| 4 | 2000 GMC Truck (120,000 miles) 6916 Chileno Vall | 2,000.00 | 2,000.00 | | 811.84 | FA |
| 5 | 2001 Freightliner (560,000 miles) 6916 Chileno V | 7,000.00 | 7,000.00 | | 9,050.00 | FA |
| 6 | 40 foot shipping container, miscellaneous small Auctioneer says expenses will exceed likely sale proceeds. Abandoned by order entered 10/5/15. One exception, see Asset No. 8. | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 7 | Miscellaneous building materials and supplies 69 Auctioneer says expenses will exceed sales proceeds. Abandoned by order entered 10/5/15. | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 8 | Mayco Concrete Pump Listed in Debtor's schedules along with assets in No. 6. | 210.00 | 210.00 | | 210.00 | FA |
| 9 | Sales Taxes Collected at Auction (u) Unscheduled asset | 17.84 | 17.84 | | 17.84 | FA |
| 9 | Assets Totals (Excluding unknown values) | $30,043.82 | $24,043.82 | | $26,258.66 | $0.00 |

**Major Activities Affecting Case Closing:**

 8/17/15 Motion to sell personal property at public auction
 8/18/15 Order to employ West Auctions as auctioneer
 8/25/15 review of bank records show no recoverable payments
 9/4/15 motion to sell property at auction
 9/4/15 Motion to abandon personal property
 9/9/15 Order to sell personal property at auction
 10/5/15 Order on motion to abandon property
 10/14/15 Auction fees received
 11/2/15 Report of Sale
 3/3/16 Order to employ Crom as accountant
 prompt determination runs 5/15/16
 6/16/16 Crom filed fee application
 8/16/16 trustee filed fee app with West Auctions compensation
 11/18/16 fee hearing

Case: 15-10730    Doc# 38    Filed: 03/02/17    Entered: 03/02/17 09:18:15    Page 6 of 10
Printed: 02/20/2017 10:22 AM    V.13.28

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-10730  **Trustee:** (007810) Timothy W. Hoffman
**Case Name:** GREATER BAY BUILDERS, INC.  **Filed (f) or Converted (c):** 07/17/15 (f)
 **§341(a) Meeting Date:** 08/20/15
**Period Ending:** 02/20/17  **Claims Bar Date:** 12/22/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

12/3/16 Order approving application for compensation
12/6/16 Distribution made to creditors
1/9/17 All Checks cleared

**Initial Projected Date Of Final Report (TFR):** December 31, 2016  **Current Projected Date Of Final Report (TFR):** October 18, 2016 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-10730  
**Case Name:** GREATER BAY BUILDERS, INC.  

**Taxpayer ID #:** **-***6903  
**Period Ending:** 02/20/17  

**Trustee:** Timothy W. Hoffman (007810)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8766 - Checking Account  
**Blanket Bond:** $68,238,664.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/14/15 | {1} | Greater Bay Builders, Inc. | Turnover of bank account | | 1129-000 | 118.98 | | 118.98 |
| 10/14/15 | | West Auctions | Auction proceeds | | | 15,691.85 | | 15,810.83 |
| | {9} | | Sales Taxes. | 17.84 | 1280-002 | | | 15,810.83 |
| | {2} | | 2003 Ford F 550 | 5,800.00 | 1129-000 | | | 15,810.83 |
| | {5} | | 2001 Freightliner | 6,700.00 | 1129-000 | | | 15,810.83 |
| | {5} | | Trailer (scheduled with Freightliner) | 2,350.00 | 1129-000 | | | 15,810.83 |
| | {3} | | 1993 International Dump Truck | 10,250.00 | 1129-000 | | | 15,810.83 |
| | {8} | | Concrete Pump | 210.00 | 1129-000 | | | 15,810.83 |
| | {4} | | 2000 GMC 3500 | 811.84 | 1129-000 | | | 15,810.83 |
| | | West Auctions | Auctioneer fees | -3,134.62 | 3610-000 | | | 15,810.83 |
| | | West Auctions | Auctioneer expenses | -7,295.37 | 3620-000 | | | 15,810.83 |
| | | State Board of Equalization | Sales taxes | -17.84 | 2820-000 | | | 15,810.83 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 15,800.83 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 21.96 | 15,778.87 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 24.96 | 15,753.91 |
| 01/21/16 | 101 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/21/2016 FOR CASE #15-10730, Bond # 016048574<br>Voided on 01/22/16 | | 2300-000 | | 6.61 | 15,747.30 |
| 01/22/16 | 101 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/21/2016 FOR CASE #15-10730, Bond # 016048574<br>Voided: check issued on 01/21/16 | | 2300-000 | | -6.61 | 15,753.91 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 21.84 | 15,732.07 |
| 02/02/16 | 102 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2016 FOR CASE #15-10730 | | 2300-000 | | 6.60 | 15,725.47 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 21.80 | 15,703.67 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 24.77 | 15,678.90 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 21.73 | 15,657.17 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 21.70 | 15,635.47 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 24.67 | 15,610.80 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 21.64 | 15,589.16 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 24.59 | 15,564.57 |
| 12/06/16 | 103 | Bachecki, Crom & Co. LLP | Dividend paid 100.00% on $2,203.50, Accountant for Trustee Fees (Other Firm); | | 3410-000 | | 2,203.50 | 13,361.07 |

Subtotals: $15,810.83   $2,449.76

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-10730
**Case Name:** GREATER BAY BUILDERS, INC.

**Taxpayer ID #:** **-***6903
**Period Ending:** 02/20/17

**Trustee:** Timothy W. Hoffman (007810)
**Bank Name:** Rabobank, N.A.
**Account:** ******8766 - Checking Account
**Blanket Bond:** $68,238,664.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: | | | | |
| 12/06/16 | 104 | Bachecki, Crom & Co. LLP | Dividend paid 100.00% on $16.01, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 16.01 | 13,345.06 |
| 12/06/16 | 105 | Franchise Tax Board | Dividend paid 100.00% on $799.41; Claim# 1; Filed: $799.41; Reference: | 5800-000 | | 799.41 | 12,545.65 |
| 12/06/16 | 106 | State Comp Ins Fund | Dividend paid 0.73% on $193,120.66; Claim# 2 -3; Filed: $193,120.66; Reference: | 7100-000 | | 1,411.85 | 11,133.80 |
| 12/06/16 | 107 | United Site Services of CA, Inc. | Dividend paid 0.73% on $928.85; Claim# 3; Filed: $928.85; Reference: | 7100-000 | | 6.79 | 11,127.01 |
| 12/06/16 | 108 | American Contractors Indemnity Co. | Dividend paid 0.73% on $8,312.00; Claim# 4; Filed: $8,312.00; Reference: | 7100-000 | | 60.77 | 11,066.24 |
| 12/06/16 | 109 | Adam and Melinda Noah | Dividend paid 0.73% on $1,020,906.86; Claim# 5; Filed: $1,020,906.86; Reference: | 7100-000 | | 7,463.56 | 3,602.68 |
| 12/06/16 | 110 | Mead Clark Lumber Company, Inc. | Dividend paid 0.73% on $15,296.00; Claim# 7; Filed: $15,296.00; Reference: | 7100-000 | | 111.82 | 3,490.86 |
| 12/06/16 | 111 | Timothy W. Hoffman | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,490.86 | 0.00 |
| | | | Dividend paid 100.00% on $3,374.08; Claim# ; Filed: $3,374.08 — 3,374.08 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $116.78; Claim# ; Filed: $116.78 — 116.78 | 2200-000 | | | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **15,810.83** | **15,810.83** | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **15,810.83** | **15,810.83** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$15,810.83** | **$15,810.83** | |

Exhibit 9

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-10730 | **Trustee:** Timothy W. Hoffman (007810) |
| **Case Name:** GREATER BAY BUILDERS, INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******8766 - Checking Account |
| **Taxpayer ID #:** **-***6903 | **Blanket Bond:** $68,238,664.00 (per case limit) |
| **Period Ending:** 02/20/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  |  |
|---|---|
| Net Receipts : | 15,810.83 |
| Plus Gross Adjustments : | 10,447.83 |
| Less Other Noncompensable Items : | 17.84 |
| Net Estate : | $26,240.82 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******8766 | 15,810.83 | 15,810.83 | 0.00 |
| | $15,810.83 | $15,810.83 | $0.00 |

{} Asset reference(s)